No. D–1292. IN RE DISBARMENT OF ROBINSON. Disbarment entered. [For earlier order herein, see 509 U. S. 944.]

No. D–1296. IN RE DISBARMENT OF HOHENSTEIN. Disbarment entered. [For earlier order herein, see 509 U. S. 945.]

No. D–1297. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see 509 U. S. 945.]

No. D–1322. IN RE DISBARMENT OF IVERSON. It is ordered that Yale H. Iverson, of West Des Moines, Iowa, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1323. IN RE DISBARMENT OF STEFFEN. It is ordered that Albert Joseph Steffen, of Cincinnati, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1324. IN RE DISBARMENT OF RIOS. It is ordered that Raphael Rios, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92–1392. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES v. SCHOOLCRAFT ET AL.; and
No. 92–1395. ROERS, DIRECTOR OF MINNESOTA DISABILITY DETERMINATION SERVICES, ET AL. v. SCHOOLCRAFT ET AL. C. A. 8th Cir. Motion of the parties to further defer consideration of petitions for writs of certiorari granted.

No. 92–1402. C & A CARBONE, INC., ET AL. v. TOWN OF CLARKSTOWN, NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. [Certiorari granted, 508 U. S. 938.] Motion of respondent for leave to file a limited surreply brief denied.

No. 92–1450. WATERS ET AL. v. CHURCHILL ET AL. C. A. 7th Cir. [Certiorari granted, 509 U. S. 903.] Motion of American Nurses Association for leave to file a brief as *amicus curiae* granted.